## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**REBECCA SMITH and**
**RACHEL MOTAKHAVERI**                                **PLAINTIFFS**

**v.**                                **CAUSE NO. 1:24CV233-LG-BWR**

**JUSTIN LEE FREEMAN and**
**NATIONWIDE PROPERTY**
**AND CASUALTY COMPANY**                                **DEFENDANTS**

## ORDER REQUIRING DEFENDANT TO
## <u>FILE SUPPORTING MEMORANDUM</u>

Defendant Nationwide Property and Casualty Company filed a [40]

Motion for Summary Judgment, or in the alternative, for Partial Summary

Judgment, but it did not file a memorandum in support of its Motion.  The

Local Rules provide, "At the time the motion is served, other than motions or

applications that may be heard ex parte or those involving necessitous or

urgent matters, counsel for movant must file a memorandum brief in support

of the motion."  L.U. Civ. R. 7(4).  As a result, Nationwide is ordered to file a

memorandum in support of its [40] Motion on or before March 17, 2025.

Plaintiffs' deadline for filing a response and supporting memorandum will be

fourteen days after Nationwide files its supporting memorandum.  *See* L. U.

Civ. R. 7(4).

    **IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant

Nationwide Property and Casualty Company must file a memorandum in

support of its [40] Motion for Summary Judgment, or in the alternative, for

Partial Summary Judgment by **March 17, 2025**.

      **SO ORDERED AND ADJUDGED** this the 14th day of March, 2025.


                          s/ *Louis Guirola, Jr.*

                          Louis Guirola, Jr.
                          United States District Judge